UNITED STATES of America, Plaintiff–Appellee,

v.

Bryant Kelly PRIDE, a/k/a Pride, Defendant–Appellant.

No. 15–6435.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Bryant Kelly Pride, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen Carnell, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Kelly Pride appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pride*, No. 1:08–cr–00024–JPJ–RSB–2 (W.D.Va. filed Mar. 3, 2015; entered Mar. 4, 2015). We

---

* Although Pride noted an appeal from the district court's order, he has proffered no argument on appeal specifying any error by the district court in granting his motion.

deny as unnecessary Pride's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*